1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.B., an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-09383-DMG-BFM<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Brianna Fuller Mircheff<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>[*Filed concurrently with Stipulation of Dismissal*] |

LARSON
LOS ANGELES

1    Pursuant to the stipulation of the parties under Federal Rules of Civil

2  Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE,

3  AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes

4  of action, and all parties, with each party bearing its own attorney's fees and costs.

5  The Clerk is directed to close the file.

6

7  DATED: _____

8                                          The Honorable Dolly M. Gee
                                            CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON
LOS ANGELES

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL