**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.B., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; and DOES 1-25, inclusive,<br><br>Defendants. | No. CV 25-9383-DMG (BFMx)<br><br>**ORDER ON STIPULATION OF DISMISSAL [23]** |

1  Pursuant to the stipulation of the parties under Federal Rules of Civil
2  Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE,
3  AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes
4  of action, and all parties, with each party bearing its own attorney's fees and costs.
5  All dates and deadlines are HEREBY VACATED.

7  DATED: November 19, 2025         _____
8                                                      DOLLY M. GEE
                                         CHIEF UNITED STATES DISTRICT JUDGE